UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTINE ODLE, et al.,

               Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------x

ORDER
09 CV 2881 (ILG) (JO)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Orenstein, dated March 26, 2010, recommended that plaintiffs' claims be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Any objections were to be made on or before April 12, 2010, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that the claims be dismissed and this case is closed.

SO ORDERED.

Dated:     Brooklyn, New York
           April 13, 2010

I. Leo Glasser